

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Phillip Carl JABLONSKI,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>Robert L. AYERS Jr., Warden of San Quentin State Prison,<br><br>　　　　　　　Respondent. | Case Number 3-7-cv-3302-SI<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION<br><br>[Docket No. 1] |

　　　Petitioner Phillip Carol Jablonski, having been sentenced to death, has filed a request for appointment of counsel and for a stay of the execution of his death sentence.

　　　Pursuant to Habeas Local Rule 2254-25, the request for appointment of counsel is granted. This case is referred to the Court's Selection Board for the recommendation of qualified counsel to represent Petitioner in these proceedings.

　　　Pursuant to Habeas Local Rule 2254-24(a), Petitioner is entitled to a stay of execution pending the final disposition of the proceedings in this Court. Accordingly, all proceedings related to the execution of Petitioner's sentence of death are hereby stayed pending the final disposition of the present action.

　　　The Clerk immediately shall notify by telephone Respondent Robert L. Ayers Jr., Warden of San Quentin State Prison, of this order. The Clerk also shall serve certified copies of this

1  order upon Petitioner; Respondent; the clerk of the Superior Court of California for the County
2  of San Mateo; Michael G. Millman, Esq., Executive Director of the California Appellate Project;
3  Christopher Grove, Esq., Deputy Attorney General of the State of California; the District
4  Attorney of the County of San Mateo; and Mark D. Greenberg, Esq., appointed counsel for
5  Petitioner before the Supreme Court of California.

*It is so ordered.*

DATED: June 22, 2007

SUSAN ILLSTON
United States District Judge

Case No. 3-7-cv-3302-SI
ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION
(DPSAGOK)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP CARL JABLONSKI,

        Plaintiff,

v.

ROBERT L. AYERS JR. et al,

        Defendant.

Case Number: CV07-03302 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 22, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Philip Carol Jablonski
CDC # C02477
San Quentin State Prison
San Quentin, CA 94974

Robert L. Ayers Jr.,
Warden
San Quentin State Prison
San Quentin, CA 94974

Clerk
San Mateo Superior Court
4000 County Center
Redwood City, CA 94063

Michael G. Millman
Executive Director
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Christopher Grove
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

District Attorney of the County of San Mateo
400 County Center, Third Floor
Redwood City, CA 94063

G.O. Kolombatovich, Esq.
Death Penalty Staff Attorney
U.S. District Court
450 Golden Gate Ave.,
San Francisco, CA 94102

Habeas Corpus Resource Center
Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
San Francisco, CA 94105

Mark David Greenberg
484 Lake Park Ave., No. 429
Oakland, CA 94610

Federal Court Docketing
California Appellate Project
101 Second Street, Suite 600
San Francisco, CA 94105


Dated: June 22, 2007

                                Richard W. Wieking, Clerk
                                By: Tracy Sutton, Deputy Clerk

| | |
|---|---|
| 1 | Copies of Order mailed on _____ to: |
| 2 | Phillip Carol Jablonski<br>CDC # C02477 |
| 3 | San Quentin State Prison<br>San Quentin, CA  94974 |
| 4 | |
| | Robert L. Ayers Jr. |
| 5 | Warden<br>San Quentin State Prison |
| 6 | San Quentin, CA  94974 |
| 7 | Clerk<br>San Mateo Superior Court |
| 8 | 400 County Center<br>Redwood City, CA  94063 |
| 9 | |
| | Michael G. Millman, Esq. |
| 10 | Executive Director<br>California Appellate Project |
| 11 | 101 Second Street, Suite 600<br>San Francisco, CA  94105 |
| 12 | |
| | Christopher Grove, Esq. |
| 13 | Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000 |
| 14 | San Francisco, CA  94102-7004 |
| 15 | District Attorney of the County of San Mateo<br>400 County Center, Third Floor |
| 16 | Redwood City, CA  94063 |
| 17 | Mark D. Greenberg, Esq.<br>484 Lake Park Avenue |
| 18 | Oakland, CA  94610-2730 |
| 19 | G$^{eo}$ O. Kolombatovich, Esq.<br>Death Penalty Staff Attorney |
| 20 | United States District Court for the Northern District of California<br>450 Golden Gate Avenue, Box 36060 |
| 21 | San Francisco, CA  94102-3489 |
| 22 | Habeas Corpus Resource Center<br>50 Fremont Street, Suite 1800 |
| 23 | San Francisco, CA  94105 |
| 24 | Federal Court Docketing<br>California Appellate Project |
| 25 | 101 Second Street, Suite 600<br>San Francisco, CA  94105 |
| 26 | |
| 27 | |
| 28 | |

3

Case No. 3-7-cv-3302-SI
ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL AND STAY OF EXECUTION
(DPSAGOK)