Phillip Carl Jablonski
C-02477  3EB108
San Quentin State Prison
San Quentin, Ca. 94964

07-3302 SI

FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 31, 2008

RE: Appointment of Federal Counsel

United State District Court Judge
Susan Illston
United States District Court for
the Northern District
405 Golden Gate Avenue
San Francisco, Ca. 94102

Dear Judge Illston,

I am writing inquiring about being appointed federal counsel to represent in my Federal appeal.

My State appeal was rejected in June 2007 and order regarding Request for appointment of counsel and stay of execution was filed on June 22, 2006.

I am requesting appointment of Federal Counsel A.S.I.A.P... and requesting that I be appoint one main counsel and one assistance counsel. I believe I have only a year to be appointment federal counsel and my federal appeal to be heard by the U.S. District Court for the Northern District.

Any assistance would be greatly appreciated

Respectfully,
Phillip Carl Jablonski
C-02477  2EB103
San Quentin State Prison
San Quentin, Ca. 94964