

Phillip Caljohonshi
C-J 2477 3EB103
San Quentine State Prison
San Quentin, Ca. 94964

LEGAL MAIL

United States District Court
Judge Susan Illston
United States District Court
for the Northern District
405 Golden Gate Avenue
San Francisco, Ca. 94102

LEGAL MAIL

LEGAL MAIL

7-31-08
c/o dearml