# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Phillip Carl JABLONSKI,<br><br>                Petitioner,<br><br>        v.<br><br>Michael MARTEL, Warden of San Quentin State Prison,<br><br>                Respondent. | Case Number 3-7-cv-3302-SI<br><br>DEATH-PENALTY CASE<br><br>ORDER SCHEDULING CASE MANAGEMENT CONFERENCE |

    The court hereby orders the parties in the above-referenced matter to appear for a case management conference on June 7, 2011, at 3:00 p.m. Prior to the conference, the parties should meet and confer, and prepare a joint case management statement with a proposed litigation schedule. The joint statement should be filed no later than June 2, 2011.

**IT IS SO ORDERED.**

DATED: May 27, 2011

                                                  SUSAN ILLSTON<br>
                                                  United States District Judge