UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP CARL JABLONSKI,<br><br>           Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>           Respondent. | Case No. 07-cv-3302 SI<br><br>**CASE MANAGEMENT ORDER**<br><br>**DEATH PENALTY CASE** |

Petitioner filed his Second Amended Petition for Writ of Habeas Corpus on December 20, 2016. See ECF Doc. No. 44.

The Court directs the parties to prepare a joint statement providing a brief procedural background of the case, as well as a proposed litigation schedule for the resolution of the Petition for Writ of Habeas Corpus. **The joint statement shall be filed no later than February 17, 2017**. A Case Management Conference will be scheduled if necessary.

IT IS SO ORDERED.

DATED: January 10, 2017

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

1