UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CARL JABLONSKI,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden, San Quentin State Prison,<br><br>    Respondent. | Case No. 07-CV-03302 SI<br><br><u>DEATH PENALTY CASE</u><br><br>**CASE MANAGEMENT ORDER** |

The Court is in receipt of the Second Amended Petition, Answer, and Traverse. *See* Dkt. Nos. 44, 52, & 59. Good cause appearing therefor, the Court Orders the following:

Within forty-five (45) days from the date of this Order, the parties shall meet and confer to prepare, and shall file, a joint case management statement and proposed case management order. In the statement, the parties shall discuss their preliminary views of anticipated proceedings in the present action. This statement shall include a proposed schedule for resolving any issues of procedural default, motions for evidentiary hearings, and any other pleading or proceeding necessary for resolving the petition. Habeas LR 2254-29(e). Unless otherwise ordered, such motions will be decided on the papers.

**IT IS SO ORDERED.**

Dated: January 8, 2017

                                                                                           
SUSAN ILLSTON
United States District Judge